**PROB 12A**
**(7/93)**

United States District Court

for

District of New Jersey

Report on Offender Under Supervision

Name of Offender: **JOHN MAYS**  Docket No.: 95-00642-001

Name of Sentencing Judicial Officer: William G. Bassler, United States District Judge

Date of Original Sentence: May 19, 1997

Original Offense:

(Count One) Unlawful Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1) & 924

Original Sentence: One-hundred and twenty months (120) Months Custody of the Bureau of Prisons, Three (3) Years Supervised Release, $50.00 Special Assessment (Paid). Special Condition: (1) Drug Testing/ Treatment, if Directed.

Type of Supervision: Supervised Release  Date Supervision Commenced: June 23, 2004

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'** |
| | The offender tested positive for marijuana on May 11, 2005. He submitted an adulterated urine sample for a drug test on August 1, 2005. Mr. Mays tested positive for morphine on September 1, 2005 and he later admitted that he had taken a narcotic pain medication without a prescription on August 31, 2005. |

[✓] Agree with U.S. Probation Officer action. Additionally, this correspondence will serve as a "Second Official Reprimand" from the Court, and Mr. Mays will be advised that further violation(s) may result in a revocation of his term of supervised release.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date